In the Matter of STATE COMMISSION FOR HUMAN RIGHTS, Respondent, v. LAWRENCE GARDENS, INC., et al., Appellants.—

1140

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.